

**Knuckles & Manfro LLP**

600 East Crescent Avenue, Suite 201 | Upper Saddle River, NJ 07458
Tel (201) 391-0370 | eFax (201) 781-6744 | www.kkmllp.com

Partners
Mark R. Knuckles
Jordan J. Manfro
John E. Brigandi
Louis A. Levithan

John E. Brigandi, Esq
Partner
(201) 391-0370, ext.401
jeb@km-llp.com

April 6, 2026

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:     ***Herman v. Mission Lane, LLC***
        ***Case No. 26-cv-2437***

Dear Judge Karas:

I represent Defendant Mission Lane, LLC ("Defendant") in the above-referenced action. I am writing to respectfully request an adjournment of the initial conference Your Honor scheduled for April 15, 2026, at 10:00 am. Unfortunately, I have a hearing at 9:30 am that morning, in the Superior Court of New Jersey. I believe the hearing should only take approximately 90 minutes, and I will have availability the remainder of the day, as well as the remainder of the week (April 16-17), before I am out of the office during the week of April 20.  This is Defendant's first request for an adjournment, and I am making this request as soon as I received Your Honor's April 3, 2026 Scheduling Order (Dkt. 6)

Granted.

The conference is adjourned to 4/16/
26, at 10:00 via
teleconference
So Ordered.

4/6/26

Respectfully submitted,

-/s/ John E. Brigandi
John E. Brigandi, Esq.